IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| HAILU K. ROBELLE, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:23-CV-00515-SDJ-AGD |
| v. | § | |
| | § | |
| SAMS CLUB, | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

Pursuant to the Court's Memorandum Adopting the Report and Recommendation of the United States Magistrate Judge, which recommended that this case be dismissed without prejudice, the Court hereby issues its Final Judgment, effective upon entry.

It is therefore **ORDERED** that Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is hereby **DENIED**.

**So ORDERED and SIGNED this 30th day of September, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE